# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 21, 2023

Lyle W. Cayce
Clerk

————————

No. 22-40645
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Leal,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:21-CR-12-4

_____

Before Stewart, Dennis, and Willett, *Circuit Judges*.
Per Curiam:[*]

The attorney appointed to represent Carlos Leal has moved for leave
to withdraw and has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Leal
has not filed a response. We have reviewed counsel's brief and the relevant
portions of the record reflected therein. We concur with counsel's

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40645

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.